■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Appellant, v. ROBERT TRUESDALE, Respondent.— Memorandum: The complainant's testimony made out a prima facie case and it was erroneous to dismiss the case as a matter of law upon the defendant's motion at the close of the plaintiff's case. There may have been some inconsistency in the complainant's testimony but this presented a question of fact, to be passed upon by the court at the conclusion of the whole case after the defendant had rested (cf.

*Kazansky* v. *Bergman,* 4 A D 2d 79; *Matter of Conway* v. *Crosby,* 272 App. Div. 868; *Commissioner of Public Welfare of the City of New York* v. *Arvay,* 241 App. Div. 691). (Appeal by complainant from order of Erie County Children's Court dismissing the complaint in a paternity proceeding.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.